IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHARLES MAY, | ) | |
| | ) | |
|     Defendant – Below, | ) | |
|     Appellant, | ) | |
| | ) | |
|   v. | ) | No. 574, 2015 |
| | ) | |
| STATE OF DELAWARE, | ) | |
| | ) | |
|     Plaintiff – Below, | ) | |
|     Appellee. | ) | |

**O R D E R**

AND NOW, on this ⟨6th⟩ day of ⟨April⟩, 2016, having considered, the State of Delaware's *Motion to Remand*, it is ordered that this matter shall be remanded to the Superior Court for the reasons stated in the State's motion.

⟨signature⟩
Justice